AO 440 (Rev. 05/C    ons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Trustees of the Chicago Regional Council of
Carpenters Pension Fund et al.

V.

EXCEL INTERIOR CONSTRUCTION INC.

CASE NUMBER: **08 C 1085**

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE ST. EVE
MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

Excel Interior Construction Inc.
c/o Carla Sanchez, R.A.
15711 South Cicero
Oak Forest IL 60452

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Raymond J. Sanguinetti
Whitfield, McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago IL 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Nadine Hinley* (signature)
--------------------------------
(By) DEPUTY CLERK



February 21, 2008
--------------------------------
Date

ClientCaseID: N7546/RJS
Law Firm ID: WHITFIEL


*178665A*

CaseReturnDate: 3/22/08

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

Case Number 08C1085

I, MICHAEL P. FEEHAN

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN  SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT  EXCEL Interior Construction Inc.
PERSON SERVED  CLAUDIA VILLA (ADMINISTRATIVE ASSISTANT)
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 3/4/08

That the sex, race and approximate age of the person whom I left the   SUMMONS AND COMPLAINT
are as follow:
Sex  FEMALE   Race   HISPANIC   Age   27
Height   5'4"   Build   THIN   Hair   BROWN

LOCATION OF SERVICE   8449 W 151ST ST
ORLAND PARK, IL, 60462

Date Of Service   3/4/08            Time of Service   1:50 PM

MICHAEL P. FEEHAN                                 3/5/2008
**Special Process Server**
P.E.R.C. #129-157466

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.