IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>REED MACHINERY & TRANSPORTATION COMPANY, INC., )<br><br>Defendant. ) | Case No. 08 C 1054<br><br>Judge Gottschall<br><br>Magistrate Judge Schenkier |

**SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746**

Raymond J. Sanguinetti declares as follows:

1. I am an associate of the law firm of Whitfield & McGann and am licensed to practice law in the State of Illinois and in the U.S. Dist. Court for Northern District of Illinois, Eastern Division.

2. I have personal knowledge of the facts stated herein and if called to testify in this matter, I can competently testify to such facts from my own such knowledge.

3. I have in excess of 10 years experience representing trustees of employee benefit plans, including the prosecution of Federal Court litigation to compel compliance with the bonding provisions of the collective bargaining agreement and to collect delinquent employer contributions.

4. Defendant is obligated to pay the attorney fees and court costs incurred by the Plaintiffs pursuant to 29 U.S.C. §1132(g)(1).

5. I have devoted 7.00 hours in connection with this case at the rate of $165.00 per hour. The total attorney fees billings is $1,155.00. (See Attached Bill Slips)

6.   In addition, the filing fee was $350.00 and the fee for service of process was an additional $55.00. These costs total $405.00.

7.   I certify that the attached detailed attorney fees and costs totaling $1,560.00 were necessary and reasonable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date: April 30, 2008

s/ RAYMOND J. SANGUINETTI

Attorney for the Chicago Regional Council of Carpenters Pension Fund, et al.

| 4/30/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 2:14 PM | Slip Listing | Page | 1 |

---

Selection Criteria

---

Case (hand select)    Include: CBOND.N7551/19138
Slip.Classification    Open

---

Rate Value and Slip Value hidden by Security Rights
Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 349364           TIME<br>11/7/2007<br>Billed           G:72400      12/3/2007<br>Review bond referral. Research Illinois Secretary of State records for corporate information. Prepared bond demand letter. Prepared updates on bond cases for Daniel McAnally and Robert Lid. Diary for suit. | RJS<br>Billable<br>CBOND.N7551/19138 | 1.00<br>0.00<br>0.00<br>0.00 | T@12 | |
| 349574           TIME<br>11/20/2007<br>Billed           G:72400      12/3/2007<br>Prepared Federal Civil suit for wage and fringe benefit bond; Prepared exhibits; Prepared Federal Summons; Prepared civil cover sheet and appearance; Letter to legal process server. | RJS<br>Billable<br>CBOND.N7551/19138 | 1.75<br>0.00<br>0.00<br>0.00 | T@12 | |
| 349583           TIME<br>11/21/2007<br>Billed           G:72400      12/3/2007<br>Prepared letter to Robert Lid regarding case status and filing of complaint. | RJS<br>Billable<br>CBOND.N7551/19138 | 0.50<br>0.00<br>0.00<br>0.00 | T@12 | |
| 350516           TIME<br>11/7/2007<br>Billed           G:72400      12/3/2007<br>Computer Research Fees/CD ROM | CPW<br>Lexis<br>CBOND.N7551/19138 | 0.25<br>0.00<br>0.00<br>0.00 | A@1 | |
| 353666           TIME<br>2/25/2008<br>Billed           G:72945      3/3/2008<br>Prepared motion for default judgment; Prepared notice of motion; Prepared certificate of service; Prepared exhibits; Prepared affidavit of attorney fees; Prepared draft order. | RJS<br>Billable<br>CBOND.N7551/19138 | 1.50<br>0.00<br>0.00<br>0.00 | T@12 | |
| 353669           TIME<br>2/25/2008<br>Billed           G:72945      3/3/2008<br>Prepared affidavit of Robert Lid in support of | RJS<br>Billable<br>CBOND.N7551/19138 | 1.00<br>0.00<br>0.00<br>0.00 | T@12 | |



4/30/2008                         WHITFIELD, McGANN & KETTERMAN
2:14 PM                                    Slip Listing                                          Page         2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| ~~prove up. Prepared letter to Robert Lid regarding same.~~ | | | | |
| 354743          EXP<br>3/17/2008<br>Billed       G:73142      4/2/2008<br>FILING FEE 2/20/08 | CPW<br>$DC<br>CBOND.N7551/19138 | 1 | 350.00 | 350.00 |
| 357082          TIME<br>4/30/2008<br>WIP<br>Court Appearance | RJS<br>Billable<br>CBOND.N7551/19138 | 1.00<br>0.00<br>0.00<br>0.00 | T@12 | |
| 357087          TIME<br>4/30/2008<br>WIP<br>Prepared motion for default judgment; Prepared notice of motion; Prepared certificate of service; Prepared exhibits; Prepared affidavit of attorney fees; Prepared draft order. | RJS<br>Billable<br>CBOND.N7551/19138 | 1.75<br>0.00<br>0.00<br>0.00 | T@12 | |
| 357088          TIME<br>4/30/2008<br>WIP<br>Prepared affidavit of Robert Lid in support of prove up. Prepared letter to Robert Lid regarding same. | RJS<br>Billable<br>CBOND.N7551/19138 | 1.00<br>0.00<br>0.00<br>0.00 | T@12 | |

Grand Total

|   | Billable | 9.75 |
|---|---|---|
|   | Unbillable | 0.00 |
|   | Total | 9.75 |

*(handwritten:)*
−2.75
7.00 @ $165.00
$1155.00