IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EXCEL INTERIOR CONSTRUCTION, INC., )<br>)<br>Defendant. ) | Case No. 08 C 1085<br><br>Judge Amy J. St. Eve<br><br>Magistrate Judge Mason |

**SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746**

Raymond J. Sanguinetti declares as follows:

1. I am an associate of the law firm of Whitfield & McGann and am licensed to practice law in the State of Illinois and in the U.S. Dist. Court for Northern District of Illinois, Eastern Division.

2. I have personal knowledge of the facts stated herein and if called to testify in this matter, I can competently testify to such facts from my own such knowledge.

3. I have in excess of 10 years experience representing trustees of employee benefit plans, including the prosecution of Federal Court litigation to compel compliance with the bonding provisions of the collective bargaining agreement and to collect delinquent employer contributions.

4. Defendant is obligated to pay the attorney fees and court costs incurred by the Plaintiffs pursuant to 29 U.S.C. §1132(g)(1).

5. I have devoted 7.85 hours in connection with this case at the rate of $165.00 per hour. The total attorney fees billings is $1,295.25. (See Attached Bill Slips)

6. In addition, the filing fee was $350.00 and the fee for service of process was an additional $55.00. These costs total $405.00.

7. I certify that the attached detailed attorney fees and costs totaling $1,700.25 were necessary and reasonable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date: April 30, 2008

s/ RAYMOND J. SANGUINETTI

Attorney for the Chicago Regional Council of Carpenters Pension Fund, et al.

| 4/30/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 2:02 PM | Slip Listing | Page | 1 |

### Selection Criteria

Case (hand select)    Include: CBOND.N7546/23885
Slip.Classification    Open

Rate Value and Slip Value hidden by Security Rights
Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 349360        TIME<br>11/8/2007<br>Billed        G:72395    12/3/2007<br>Review bond referral. Research Illinois Secretary of State records for corporate information. Prepared bond demand letter. Prepared updates on bond cases for Daniel McAnally and Robert Lid. Diary for suit. | RJS<br>Billable<br>CBOND.N7546/23885 | 1.00<br>0.00<br>0.00<br>0.00 | T@12 | |
| 349570        TIME<br>11/20/2007<br>Billed        G:72395    12/3/2007<br>Prepared Federal Civil suit for wage and fringe benefit bond; Prepared exhibits; Prepared Federal Summons; Prepared civil cover sheet and appearance; Letter to legal process server. | RJS<br>Billable<br>CBOND.N7546/23885 | 1.75<br>0.00<br>0.00<br>0.00 | T@12 | |
| 349579        TIME<br>11/21/2007<br>Billed        G:72395    12/3/2007<br>Prepared letter to Robert Lid regarding case status and filing of complaint. | RJS<br>Billable<br>CBOND.N7546/23885 | 0.50<br>0.00<br>0.00<br>0.00 | T@12 | |
| 350511        TIME<br>11/8/2007<br>Billed        G:72395    12/3/2007<br>Computer Research Fees/CD ROM | CPW<br>Lexis<br>CBOND.N7546/23885 | 0.25<br>0.00<br>0.00<br>0.00 | A@1 | |
| 354306        TIME<br>3/4/2008<br>Billed        G:73139    4/2/2008<br>Telephone conversation with Carla Sanchez regarding bond compliance. In process. | RJS<br>Billable<br>CBOND.N7546/23885 | 0.25<br>0.00<br>0.00<br>0.00 | T@12 | |
| 354746        EXP<br>3/17/2008<br>Billed        G:73139    4/2/2008<br>FILING FEE 2/21/08 | CPW<br>$DC<br>CBOND.N7546/23885 | 1 | 350.00 | 350.00 |

| 4/30/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 2:02 PM | Slip Listing | Page | 2 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 354806       TIME<br>3/18/2008<br>Billed       G:73139       4/2/2008<br>Review report of legal process server Scott Forrest Stern & Associates, Inc. on service. Prepared for filing with federal court. Diary default appearance. Review minute order of Judge St. Eve setting status. Telephone conversation with Carla Sanchez, still in process with insurance agent. | RJS<br>Billable<br>CBOND.N7546/23885 | 0.25<br>0.00<br>0.00<br>0.00 | T@12 | |
| 355323       TIME<br>3/31/2008<br>Billed       G:73139       4/2/2008<br>Confer with Raymond J. Sanguinetti regarding bond case and request to appear at court in his place. | DPL<br>Billable<br>CBOND.N7546/23885 | 0.25<br>0.00<br>0.00<br>0.00 | T@12 | |
| 355541       TIME<br>4/1/2008<br>WIP<br>Prepare for court status/motion hearing; review file for current status; attend status hearing and schedule follow-up status hearing for April 30. | DPL<br>Billable<br>CBOND.N7546/23885 | 1.00<br>0.00<br>0.00<br>0.00 | T@12 | |
| 355582       TIME<br>4/1/2008<br>WIP<br>Telephone conversation with Carla Sanchez regarding status of the bond. Prepared letter to Sanchez confirming next status date and issue of attorney fees and costs. | RJS<br>Billable<br>CBOND.N7546/23885 | 0.60<br>0.00<br>0.00<br>0.00 | T@12 | |
| 357081       TIME<br>4/30/2008<br>WIP<br>Court Appearance | RJS<br>Billable<br>CBOND.N7546/23885 | 1.00<br>0.00<br>0.00<br>0.00 | T@12 | |
| 357090       TIME<br>4/30/2008<br>WIP<br>Prepared affidavit of Robert Lid in support of prove up. Prepared letter to Robert Lid regarding same. | RJS<br>Billable<br>CBOND.N7546/23885 | 1.00<br>0.00<br>0.00<br>0.00 | T@12 | |
| 357091       TIME<br>4/30/2008<br>WIP<br>Prepared motion for default judgment; Prepared notice of motion; Prepared certificate of service; Prepared exhibits; | RJS<br>Billable<br>CBOND.N7546/23885 | 1.75<br>0.00<br>0.00<br>0.00 | T@12 | |

| 4/30/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 2:02 PM | Slip Listing | Page | 3 |

| Slip ID | ATTORNEY | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Case | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

Prepared affidavit of attorney fees; Prepared draft order.

Grand Total

| | Billable | 9.60 | |
| | Unbillable | 0.00 | |
| | Total | 9.60 | |

*—1.75*

*7.85 @ $165.00*

*$ 1295.25*