IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., | ) ) ) |
| Plaintiffs, | ) Case No. 08 C 1085 ) |
| | ) Judge Amy J. St. Eve |
| v. | ) ) Magistrate Judge Mason |
| EXCEL INTERIOR CONSTRUCTION, INC., | ) ) |
| Defendant. | ) |

### NOTICE OF HEARING

EXCEL INTERIOR CONSTRUCTION, INC.
Carla Sanchez, President
8449 West 151st Street
Orland Park, IL 60462

PLEASE TAKE NOTICE that on **Wednesday, May 14, 2008** I shall appear before the Honorable Judge St. Eve at approximately 8:30 a.m. in Courtroom 1241 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present the attached Affidavits in Support of Prove Up.

CHICAGO REGIONAL COUNCIL OF
CARPENTERS PENSION FUND, et al.

s/RAYMOND J. SANGUINETTI

### Certificate of Service

I, Raymond J. Sanguinetti, plaintiffs' attorney hereby certify that I served the above and foregoing Documents via U.S. first class mail to the person/s to whom said Notice is directed on May 1, 2008.

s/Raymond J. Sanguinetti

Attorney for Plaintiffs
Whitfield & McGann
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
312/251-9700

Attorney No. 6205288