# United States District Court
## Northern District of Illinois
### Eastern Division

Trustees　　　　　　　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

　　　　　v.　　　　　　　　　　　　　　Case Number: 08 C 1085

Excel Interior Construction

☐　　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■　　Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Final Judgment is entered on behalf of the Plaintiffs and against the Defendant, Excel Interior Construction, Inc., in the sum of $21,700.25.

　　　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk of Court

Date: 5/7/2008　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　/s/ Theresa Hammonds, Deputy Clerk