

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1085 | **DATE** | 5/7/2008 |
| **CASE TITLE** | Chicago Regional, et al vs. Excell Interior Construction, Inc. | | |

**DOCKET ENTRY TEXT**

Enter Judgment Order. Final Judgment is entered on behalf of the Plaintiffs and against the Defendant, Excel Interior Construction, Inc., in the sum of $21,700.25.

■ [ For further detail see separate order(s).]

Mail AO450
Docketing to mail notices.



| | Courtroom Deputy Initials: | TH |
|---|---|---|