IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., )<br>)<br>Judgment Creditor, )<br>)<br>v. )<br>)<br>EXEL INTERIOR CONSTRUCTION, INC., )<br>)<br>Judgment Debtor, )<br>) | Case No.: 2008 C 1085<br><br>Judge Amy J. St. Eve<br>Mag. Judge Mason |

### *Release (Satisfaction) of Judgment*

CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., the Judgment Creditor, by and through its attorney, Raymond J. Sanguinetti of the firm of Whitfield & McGann, having received full satisfaction and payment, releases the Judgment entered on May 7, 2008, against EXEL INTERIOR CONSTRUCTION, INC. in the amount of $21,700.25.

CHICAGO REGIONAL COUNCIL OF
CARPENTERS PENSION FUND, et al.

By: _____
RAYMOND J. SANGUINETTI

Whitifield & McGann
Attorneys for Plaintiffs
111 E Wacker Drive, Suite 2600
Chicago, IL 60601
312/251-9700